UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>TERRY D. GRIFFITH,<br><br>           Defendant. | No. CR-04-257-FVS<br><br>ORDER |

**THE DEFENDANT** having been sentenced to a term of 57 months imprisonment on August 2, 2005; the District Court Executive having entered judgment on the same day; the defendant having filed a notice of appeal on August 12, 2005; the defendant having filed a motion to withdraw his guilty plea on January 18, 2006, Fed.R.Crim.P. 11(d); and the Court having determined it lacks jurisdiction to consider the defendant's motion, Fed.R.Crim.P. 11(e) ("[a]fter the court imposes sentence, the defendant may not withdraw a plea of guilty . . ., and the plea may be set aside only on direct appeal or collateral attack"); Now, therefore

**IT IS HEREBY ORDERED:**

The "Defendant's Motion to Withdraw Guilty Plea" (Ct. Rec. 57) is denied for lack of jurisdiction.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to the defendant and to counsel for the parties.

**DATED** this ___20th___ day of January, 2006.

s/ Fred Van Sickle
Fred Van Sickle
United States District Judge
